AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>GUALAN LOZANO,<br><br>Defendant. | )<br>)<br>) Case No.  5:25-MJ- 239(TWD)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of August 18, 2025 in the county of Onondaga in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, native and citizen of Ecuador, after having been removed from the United States, entered, and was thereafter found in the United States without having obtained the express consent of the Attorney General of the United States, or her successor, the Secretary of the Department of Homeland Security, for reapplication for admission into the United States. |

This criminal complaint is based on these facts:
See attached affidavit

☒    Continued on the attached sheet.

_____
*Complainant's signature*

James T. Wright, III, U.S. Border Patrol Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: August 19, 2025

_____
*Judge's signature*

City and State: Syracuse, New York          Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF OSWEGO )   SS:
CITY OF OSWEGO       )

I, James T. Wright III, being duly sworn, deposes and says that:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Oswego, New York. I have been employed as a Border Patrol Agent for approximately fourteen (14) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to affect arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a).

3. I make this Affidavit in support of the Criminal Complaint charging Jessica Johanna GUALAN Lozano (hereinafter "GUALAN Lozano"), born in Ecuador in 1997, with having been found in the United States after having been previously removed or deported from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation

of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of official records, and upon information provided to me by other U.S. Border Patrol and other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Sections 1326(a).

5. On or about August 18, 2025, Border Patrol Agents responded to a request for assistance from the Onondaga County Sheriff's Department in Syracuse, New York, within the Northern District of New York. The Onondaga County Sheriff's Department had detained one subject for operating a vehicle without a license and moving from a lane unsafely and relayed their biographical information to the Buffalo Sector Integrated Border Communications Center (IBCC).

6. The Buffalo Sector IBCC conducted a record check and identified GUALAN Lozano to be a citizen and national of Ecuador who was illegally present in the United States after previously having been removed from the United States.

7. Border Patrol Agents responded to the call and spoke with the officers on scene. On scene, Border Patrol Agents encountered one subject, and questioned the subject as to their citizenship and legal status in the United States.

8. Border Patrol Agents confirmed through questioning that GUALAN Lozano is a citizen and national of Ecuador, and not a national of the United States. GUALAN Lozano stated that she did not have any documents that would allow her to be or remain in

the United States lawfully.

9. U.S. Border Patrol Agents took GUALAN Lozano into custody. As a part of processing, an electronic scan of GUALAN Lozano's fingerprints were taken to verify her identity and any immigration history she may have in the United States. This query resulted in an identical biometric match revealing that GUALAN Lozano had been issued an FBI number and immigration fingerprint identification number.

10. Criminal and immigration database record checks associated with GUALAN Lozano's fingerprints revealed the following:

    a. GUALAN Lozano is a native and citizen of Ecuador.

    b. GUALAN Lozano was ordered removed by an Immigration Judge on or about April 10, 2023 in El Paso, Texas.

    c. On or about May 13, 2023, GUALAN Lozano was physically removed from the United States through the Alexandria, Louisiana Port of Entry pursuant to an order of removal.

11. Through a review of law enforcement databases, I have further determined that the defendant has never applied for or received permission to reenter the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security, after her removal on May 13, 2023.

12. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about August 18, 2025, within the Northern District of New York, GUALAN Lozano, an alien who was removed from the United States on or about May 13, 2023, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland

Security to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

JAMES T. WRIGHT III
U.S. Border Patrol Agent
United States Border Patrol

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on August 19, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Thérèse Wiley Dancks
United States Magistrate Judge